E-Filing

FILED

2007 JAN -5 PM 2: 06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                     )   No. CR 3-06-70830 BZ
            Plaintiff,               )
                                     )   [PROPOSED] ORDER PRESERVING
      v.                             )   EVIDENCE
                                     )
DANIEL IVAN PORTER,                  )
                                     )
            Defendant.               )
_____)

The custodian of records of the Cher-Ae Heights Bingo and Casino is ordered to preserve any and all existing surveillance video and/or audio tapes from the casino for the week of October 25, 2006 through and including November 2, 2006.

The custodian of records shall also preserve all documentary or electronic records of access, including electronic access through the use of a gaming badge, of all entrances to and into the casino for the week of October 25, 2006 through and including November 2, 2006.. This includes but is not limited to all entrances to the surveillance room, downstairs break room entrances, the employee entrances from the gaming floor, the two "manhole" doors leading to the casino vault, and of the door of the vault room itself.

The custodian shall preserve the handwritten surveillance journal log book including but not limited to entries from October 1, 2006 through November 2, 2006.

*Porter*, CR 3-06-70830 BZ
ORD. PRESERVING EVIDENCE

E-Filing

FILED

2007 JAN -5 PM 2: 06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL IVAN PORTER,<br><br>　　　　　Defendant. | No. CR 3-06-70830 BZ<br><br>[PROPOSED] ORDER PRESERVING EVIDENCE |

　　The custodian of records of the Cher-Ae Heights Bingo and Casino is ordered to preserve any and all existing surveillance video and/or audio tapes from the casino for the week of October 25, 2006 through and including November 2, 2006.

　　The custodian of records shall also preserve all documentary or electronic records of access, including electronic access through the use of a gaming badge, of all entrances to and into the casino for the week of October 25, 2006 through and including November 2, 2006.. This includes but is not limited to all entrances to the surveillance room, downstairs break room entrances, the employee entrances from the gaming floor, the two "manhole" doors leading to the casino vault, and of the door of the vault room itself.

　　The custodian shall preserve the handwritten surveillance journal log book including but not limited to entries from October 1, 2006 through November 2, 2006.

*Porter*, CR 3-06-70830 BZ
ORD. PRESERVING EVIDENCE

1  The custodian of records is further ordered to preserve all employment records, including but
2  not limited to investigation memoranda and evidence, regarding any casino employee that was
3  employed from October 1, 2006 through and including November 2, 2006.

5  IT IS SO ORDERED.

6  1/5/07
7  DATED

NANDOR VADAS
United States District Court Judge