IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 0045 SI |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] STIPULATED ORDER MODIFYING TRAVEL RESTRICTIONS |
| DANIEL IVAN PORTER, | ) | |
| Defendant. | ) | |

     Defendant Daniel Porter has been released with travel restrictions in the above-entitled case. He is getting married at the end of this month, and seeks permission to travel to the Oregon for his honeymoon. Pretrial Services and the government have no objection to this request.

     Therefore, Mr. Porter's travel restrictions are modified to permit him to travel to the District of Oregon from February 24, 2007 through March 1, 2007. Mr. Porter shall provide Pretrial Services

//
//
//
//
//
//

*Porter*, CR CR 07 0045 SI
ORD. RE: OREGON TRAVEL

with his itinerary, which shall include where he will be staying during this trip.

IT IS SO ORDERED.

_____
DATED   February 20, 2007

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

IT IS SO STIPULATED.

___02/16/07_____         _____/s/_____
DATED                          SCOTT SCHOOLS
                               United States Attorney
                               Northern District of California
                               ROBERT REES
                               Assistant United States Attorney


_____002/16/07_____        _____/s_____
DATED                          BARRY J. PORTMAN
                               Federal Public Defender
                               Northern District of California
                               STEVEN G. KALAR
                               Assistant Federal Public Defender

*Porter*, CR CR 07 0045 SI
ORD. RE: OREGON TRAVEL                    2