# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-00045-03 SI |
| ) | |
| Daniel Ivan Porter ) | |

*[handwritten: Orlyanto A / Porter]*

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for  November 9, 2007, at 11:00 a.m.  be continued until  November 30, 2007  at  11:00 a.m.  .

Date:  9/28/07

Susan Illston
United States District Judge

NDC-PSR-009 12/06/04

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

September 28, 2007

**RECEIVED**

SEP 2 8 2007

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

The Honorable Susan Illston
United States District Judge

**RE: Daniel Ivan Porter**
**CR 07-0045-03 SI**

Your Honor:

The purpose of this memorandum is to request a continuance for the sentencing on the above named case. Sentencing in this matter is currently scheduled for November 9, 2007, at 11:00 a.m. Due to the seriousness of the offense, and the recent submission of voluminous discovery materials, the undersigned is recommending additional time to prepare the presentence report.

Defense counsel is in support of this request, as is the Assistant United States Attorney. Accordingly, I am requesting that this matter be continued to November 30, 2007, at 11:00 a.m. If the Court concurs, an order for your signature is attached.

If your Honor should have any additional questions, I can be reached at (415) 436-7578.

Respectfully submitted,

Yador J. Harrell
Chief U.S. Probation Officer

By: _____
David J. Ackermann
U.S. Probation Officer

Approved:

_____
Sheila John
Supervisory U.S. Probation Officer

cc: Robert D. Rees, AUSA
    Steve Gary Kalar, AFPD