IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-0045 SI |
| | ) | |
| v. | ) | [PROPOSED] ORDER RE: MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| DANIEL IVAN PORTER, | ) | |
| Defendant. | ) | **Hearing Date:** Friday, November 30, 2007 |

    The conditions of pretrial release for Daniel Ivan Porter are modified to permit him to reside in the Northern District of California or the District of Oregon until his self-surrender to serve his sentence. Mr. Porter may only reside in the District of Oregon after he first informs Pretrial Services of his new residence address and the location of his wife's new employment, and receives the

//
//
//
//
//
//

*Porter*, CR 07-0045 SI
ORD. MODIFYING TERMS PRETRIAL RELEASE

approval of the Northern District of California Pretrial Services Office.

IT IS SO ORDERED.

12/3/07

DATED

SUSAN ILLSTON
United States District Court Judge

*Porter*, CR 07-0045 SI
ORD. MODIFYING TERMS PRETRIAL
RELEASE 2