SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 0045 SI |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER RE: EVIDENCE OBTAINED IN A CRIMINAL INVESTIGATION** |
| DANIEL IVAN PORTER, | ) | |
|     Defendant. | ) | |

    The United States and defendant Daniel Ivan Porter ("Porter") stipulate and agree to the following regarding release of items seized during the investigation of the above-captioned case:

1. Search of 1146 Gassoway Rd. Apt. 10, McKinleyville, CA: Release all items to Porter or his representative.

2. Search of 1226 G St. Apt. 4, Eureka, CA: Release all items to Porter, Katie Nichols Porter, or their representatives.

//

Stipulation Re: Evidence, CR 07 45 SI

3. Records searches of Yahoo, Mfire, SBC Internet Services, Cingular Wireless, Cellular, Sprint, any cellular telephone towers, and any cell phones or computers: Destroy all items.

IT IS SO STIPULATED.

DATED: November 30, 2007

_____/s_____
ROBERT DAVID REES
Assistant United States Attorney

DATED: November 30, 2007

_____/s_____
STEVEN KALAR, ESQ.
Attorney for Defendant Porter

IT IS SO ORDERED.

DATED: 12/3/07

_____
HON. SUSAN ILLSTON
United States District Judge